NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1025

### ARLINGTON INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

### BRIDGEPORT FITTINGS, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Middle District of Pennsylvania in case no. 06-CV-1105, Judge A. Richard Caputo.

ON MOTION

### ORDER

Arlington Industries, Inc. moves for a 14-day extension of time, until May 20, 2010, to file its reply brief. Bridgeport Fittings, Inc. opposes. Arlington Industries replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAY 0 4 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
Deanne E. Maynard, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK